WILLIAM CAMPBELL, RESPONDENT, *v.* HEZEKIAH L. FERGUSON AND ANOTHER, APPELLANTS.

APPEAL from a judgment in favor of the plaintiff, entered upon the verdict of a jury.

The General Term *held* that the evidence in the case was sufficient to sustain the findings of the jury, and that the judgment should be affirmed.

*George W. Greene,* for the appellants.

*Burt & Beattie,* for the respondent.

Opinion by BARNARD, P. J.

Present — BARNARD, P. J., and DONOHUE, J.

Judgment and order denying new trial affirmed, with costs.